UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ROSELEE BARTOLACCI, by and through its successor in interest, ROSEANN BARTOLACCI,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; KELLY MARTINEZ; RICARDO CARLON; PAUL MATA; EVANGELINA REYNOSO; LAUREN ANDERSON; MACY GERMONO; JANINE SPARKS; DAVID CHRISTENSEN, M.D.; SHERRY ESQUIVEL; TERESA HURLEY; LACEY BEASTON; DIORELLA RIOVEROS; NAPHCARE CORRECTIONAL HEALTH; and DOES 1-55,<br><br>　　　　　　　　　　Defendants. | Case No.: 24-cv-1156-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

　　On August 30, 2024, the parties filed the Joint Stipulation and Request for Dismissal of Plaintiff's Third Cause of Action as to NaphCare Only (the "Joint Stipulation") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 20.)

1  IT IS HEREBY ORDERED that the Joint Stipulation (ECF No. 20) is granted. Plaintiff's Third Cause of Action for *Monell* Municipal Liability (42 U.S.C. § 1983) is hereby dismissed, without prejudice, as to Defendant NaphCare of San Diego, LLC, erroneously sued as NaphCare Correctional Health, only.

Dated: January 21, 2025

Hon. William Q. Hayes
United States District Court