# Exhibit A

## DECLARATION OF ROSEANN BARTOLACCI

I, Roseann Bartolacci, declare as follows:

1. I am over the age of 18 and reside in San Diego County, California. I make the following declaration based on my personal knowledge. If called upon to testify as a witness, I could and would competently testify thereto.

2. My daughter, Roselee Bartolacci, was born on October 16, 1990. I am her biological mother.

3. Roselee died in the city of Santee and county of San Diego on May 29, 2023. She was 32 years old.

4. At the time of her death, Roselee was not married and she had no children. She did not leave behind any will. She did not leave any testamentary instrument or other written document designating any here or beneficiary or making any donative transfer of property. Roselee died intestate.

5. Because my daughter did not leave behind any will or other testamentary instrument, no proceeding is pending in California for administration of the decedent's estate. No probate proceeding is pending in any other state or country for administration of the decedent's estate.

6. Because at the time of her death, Roselee was not married and had no children, I am decedent Roselee Ann Bartolacci's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to the decedent's interest in the action or proceeding.

7. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent's interest in the action or proceeding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 22 th day of August, 2023 in San Diego, California.

*Roseann Bartolacci*
ROSEANN BARTOLACCI

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY OF SAN DIEGO

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/08)

STATE FILE NUMBER: 3202337010749
LOCAL REGISTRATION NUMBER:

1 of 3

**DECEDENT'S PERSONAL DATA**
- 1. NAME OF DECEDENT – FIRST (Given): ROSELEE
- 2. MIDDLE: ANN
- 3. LAST (Family): BARTOLACCI
- AKA. ALSO KNOWN AS: —
- 4. DATE OF BIRTH: 10/16/1990
- 5. AGE Yrs: 32
- IF UNDER ONE YEAR Months/Days: —
- IF UNDER 24 HOURS Hours/Minutes: —
- 6. SEX: F
- 9. BIRTH STATE/FOREIGN COUNTRY: UNK
- 10. SOCIAL SECURITY NUMBER: UNK
- 11. EVER IN U.S. ARMED FORCES? NO (X UNK)
- 12. MARITAL STATUS: UNKNOWN
- 7. DATE OF DEATH: 05/29/2023
- 8. HOUR (24 Hours): 0012
- 13. EDUCATION – Highest Level/Degree: UNKNOWN
- 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: X NO
- 16. DECEDENT'S RACE: BLACK
- 17. USUAL OCCUPATION: UNKNOWN
- 18. KIND OF BUSINESS OR INDUSTRY: UNKNOWN
- 19. YEARS IN OCCUPATION: UNK

**USUAL RESIDENCE**
- 20. DECEDENT'S RESIDENCE: UNK
- 21. CITY: UNK
- 22. COUNTY/PROVINCE: UNK
- 23. ZIP CODE: UNK
- 24. YEARS IN COUNTY: UNK
- 25. STATE/FOREIGN COUNTRY: UNK

**INFORMANT**
- 26. INFORMANT'S NAME, RELATIONSHIP: UNDER INVESTIGATIONS, ME OFFICE
- 27. INFORMANT'S MAILING ADDRESS: 5570 OVERLAND AVE., SAN DIEGO, CA 92123

**SPOUSE/SRDP AND PARENT INFORMATION**
- 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: UNKNOWN
- 29. MIDDLE: UNKNOWN
- 30. LAST (BIRTH NAME): UNKNOWN
- 31. NAME OF FATHER/PARENT – FIRST: UNKNOWN
- 32. MIDDLE: UNKNOWN
- 33. LAST: UNKNOWN
- 34. BIRTH STATE: UNK
- 35. NAME OF MOTHER/PARENT – FIRST: UNKNOWN
- 36. MIDDLE: UNKNOWN
- 37. LAST (BIRTH NAME): UNKNOWN
- 38. BIRTH STATE: UNK

**FUNERAL DIRECTOR/LOCAL REGISTRAR**
- 39. DISPOSITION DATE: —
- 40. PLACE OF FINAL DISPOSITION: —
- 41. TYPE OF DISPOSITION(S): PENDING CORONER INVESTIGATION
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 43. LICENSE NUMBER: —
- 44. NAME OF FUNERAL ESTABLISHMENT: S.D. MEDICAL EXAMINER'S OFFICE
- 45. LICENSE NUMBER: NONE
- 46. SIGNATURE OF LOCAL REGISTRAR: WILMA WOOTEN MD
- 47. DATE: 06/13/2023

**PLACE OF DEATH**
- 101. PLACE OF DEATH: DETENTION AND REENTRY FACILITY
- 102. IF HOSPITAL SPECIFY ONE: —
- 103. IF OTHER THAN HOSPITAL SPECIFY ONE: X Other
- 104. COUNTY: SAN DIEGO
- 105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 451 RIVERVIEW PARKWAY
- 106. CITY: SANTEE

**CAUSE OF DEATH**
- 107. CAUSE OF DEATH:
  - IMMEDIATE CAUSE (A): PENDING
  - (B): —
  - (C): —
  - (D): —
- Time Interval Between Onset and Death: —
- 108. DEATH REPORTED TO CORONER? X YES
- REFERRAL NUMBER: 23-01736
- 109. BIOPSY PERFORMED? X NO
- 110. AUTOPSY PERFORMED? X YES
- 111. USED IN DETERMINING CAUSE? X YES
- 112. OTHER SIGNIFICANT CONDITIONS: —
- 113. WAS OPERATION PERFORMED: UNK
- 113A. DECEDENT PREGNANT IN LAST YEAR? X UNK

**PHYSICIAN'S CERTIFICATION**
- 114. I CERTIFY...: (blank)
- 115. SIGNATURE AND TITLE OF CERTIFIER: —
- 116. LICENSE NUMBER: —
- 117. DATE: —
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: —

**CORONER'S USE ONLY**
- 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED...
- MANNER OF DEATH: X Pending Investigation
- 120. INJURED AT WORK?: —
- 121. INJURY DATE: —
- 122. HOUR: —
- 123. PLACE OF INJURY: —
- 124. DESCRIBE HOW INJURY OCCURRED: —
- 125. LOCATION OF INJURY: —
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: DEBRA BERRY MD
- 127. DATE: 05/31/2023
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: DEBRA BERRY MD, DME

STATE REGISTRAR: A B C D E    FAX AUTH. #    CENSUS TRACT

---

County of San Diego – Health & Human Services Agency – 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar

*Wilma J. Wooten, M.D.*

DATE ISSUED: 7/21/2023   WILMA J. WOOTEN, M.D., M.P.H.
REGISTRAR OF VITAL RECORDS
County of San Diego




ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

**AFFIDAVIT TO AMEND A RECORD**
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052023129020
LOCAL REGISTRATION NUMBER: 3202337010749

1.1

☐ BIRTH  ☒ DEATH  ☐ FETAL DEATH

2 of 3

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I — INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| ROSELEE | ANN | BARTOLACCI |

| 2. SEX | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|---|
| F | 05/29/2023 | SANTEE | SAN DIEGO |

| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD |
|---|---|
| UNKNOWN UNKNOWN UNKNOWN | UNKNOWN UNKNOWN UNKNOWN |

## PART II — STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 9 | UNK | CA |
| 10 | UNK | 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 |
| 11 | U | N |
| 12 | UNKNOWN | NEVER MARRIED |
| 13 | UNKNOWN | 08 |
| 16 | BLACK | BLACK, WHITE |
| 17 | UNKNOWN | NEVER WORKED |
| 18 | UNKNOWN | - |
| 19 | UNK | - |
| 20 | UNK | 14925 GREAT SOUTHERN OVERLAND STAGE ROUTE SPACE B66 |
| 21 | UNK | JULIAN |
| 22 | UNK | SAN DIEGO |
| 23 | UNK | 92036 |
| 24 | UNK | 32 |
| 25 | UNK | CA |
| 26 | UNDER INVESTIGATIONS, ME OFFICE | ANDREW QUINN, FRIEND |
| 27 | 5570 OVERLAND AVE., SAN DIEGO, CA 92123 | 1519 INDUSTRIAL AVENUE UNIT E, ESCONDIDO, CA 92029 |
| 28 | UNKNOWN | - |
| 29 | UNKNOWN | - |
| 30 | UNKNOWN | - |

**11. REASON FOR CORRECTION:** ADDING INFORMATION NOT PREVIOUSLY KNOWN

---

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

**AFFIDAVITS AND SIGNATURES**

TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

| 12A. SIGNATURE OF FIRST PERSON | 12B. PRINTED NAME | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ▶ KIMBERLY WITTHOFT | KIMBERLY WITTHOFT | OFFICE MANAGER |

| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 12E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 1020 EAST PENNSYLVANIA AVE, ESCONDIDO, CA 92025 | 07/05/2023 |

| 13A. SIGNATURE OF SECOND PERSON | 13B. PRINTED NAME | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ▶ MARNA FARWELL | MARNA FARWELL | FUNERAL HOME STAFF LEVEL |

| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 13E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 14168 POWAY RD. STE. #106, POWAY, CA 92064 | 07/05/2023 |

**STATE/LOCAL REGISTRAR USE ONLY**

| 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 15. DATE ACCEPTED FOR REGISTRATION |
|---|---|
| ▶ CDPH-VR | 07/05/2023 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

FORM VS 24e (REV. 1/08)

1.1

---

County of San Diego – Health & Human Services Agency – 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar

DATE ISSUED: 7/21/2023

WILMA J. WOOTEN, M.D., M.P.H.
REGISTRAR OF VITAL RECORDS
County of San Diego





A004281153

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

**AFFIDAVIT TO AMEND A RECORD**
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052023129020
LOCAL REGISTRATION NUMBER: 3202337010749

1.2

☐ BIRTH   ☒ DEATH   ☐ FETAL DEATH

3 of 3

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I — INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| ROSELEE | ANN | BARTOLACCI |

| 2. SEX | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|---|
| F | 05/29/2023 | SANTEE | SAN DIEGO |

| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD |
|---|---|
| UNKNOWN UNKNOWN UNKNOWN | UNKNOWN UNKNOWN UNKNOWN |

## PART II — STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 35 | UNKNOWN | ROSE |
| 36 | UNKNOWN | A. |
| 37 | UNKNOWN | BARTOLACCI |
| 38 | UNK | CA |
| 40 | - | RESIDENCE F ROSEANN BARTOLACCI 14925 GREAT SOUTHERN OVERLAND STAGE ROUTE SPACE B66, JULIAN, CA 92036 |
| 41 | PENDING CORONER INVESTIGATION | CREMATE/RESIDENCE |
| 44 | S.D. MEDICAL EXAMINER'S OFFICE | CALIFORNIA FUNERAL ALTERNATIVES INC |
| 45 | NONE | FD1624 |

**REASON FOR CORRECTION**
11. ADDING INFORMATION NOT PREVIOUSLY KNOWN

**AFFIDAVITS AND SIGNATURES**

TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

| 12A. SIGNATURE OF FIRST PERSON | 12B. PRINTED NAME | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ► KIMBERLY WITTHOFT | KIMBERLY WITTHOFT | OFFICE MANAGER |

| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 12E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 1020 EAST PENNSYLVANIA AVE, ESCONDIDO, CA 92025 | 07/05/2023 |

| 13A. SIGNATURE OF SECOND PERSON | 13B. PRINTED NAME | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ► MARNA FARWELL | MARNA FARWELL | FUNERAL HOME STAFF LEVEL |

| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 13E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 14168 POWAY RD. STE. #106, POWAY, CA 92064 | 07/05/2023 |

**STATE/LOCAL REGISTRAR USE ONLY**

| 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 15. DATE ACCEPTED FOR REGISTRATION |
|---|---|
| ► CDPH-VR | 07/05/2023 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

FORM VS 24e (REV. 1/08)

1.2

County of San Diego – Health & Human Services Agency – 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar

DATE ISSUED: 7/21/2023   WILMA J. WOOTEN, M.D., M.P.H.
REGISTRAR OF VITAL RECORDS
County of San Diego



A004281154

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE