Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Marguerite L. Jonak (State Bar No. 143979)
 *marguerite.jonak@manningkass.com*
David Fleck (State Bar No. 192912)
 *David.Fleck@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, NAPHCARE CORRECTIONAL HEALTH and LAUREN ANDERSON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ROSELEE BARTOLACCI, by and through its successor in interest, ROSEANN BARTOLACCI,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; KELLY MARTINEZ; RICARDO CARLON; PAUL MATA; EVANGELINA REYNOSO; LAUREN ANDERSON; MACY GERMONO; JANINE SPARKS; DAVID CHRISTENSEN, M.D.; SHERRY ESQUIVEL; TERESA HURLEY; LACEY BEASTON; DIORELLA RIOVEROS; NAPHCARE CORRECTIONAL HEALTH; CORY CRAWFORD, JASON WALTERS, ROBERT TAYLOR, JEFFREY MONTI; ERNESTO L. BANUELOS; STEVEN M. MARAIA; KATHERINE SANONI; CAMILLE REYES; MATTHEW ELLSWORTH; CHRISTINA MONTOY; BELINDA LAM; BRITTANY STUBBS; GREGORY BIGGS; NICOLE ODELL; SHANNON HUARD; KIMBERLY SCOTT; MATTHEW TILMAN; ELIZABETH GARCIA; JULIO | Case No. 3:24-cv-01156-WQH-JLB<br><br>*Hon. William Q. Hayes;*<br>*Magistrate Judge: Jill L. Burkhardt*<br><br>**NAPHCARE DEFENDANTS' NOTICE OF WITHDRAWAL OF DOCUMENT NO. 95** |

Case No. 3:24-cv-01156-WQH-JLB

| | |
|---|---|
| ARIAS; ESMERALDA LOPEZ; MARIBEL MONTESSKINNER; MARY CAMACHO; ROSE HADLEY; RAOMBO LEONARD; SGT. IVA NANUSEVIC; ADAM KUDER; ELIZABETH MILLARD; KARINA VASQUEZ; VILLA MILLARD; LT. WAYNE BOATRIGHT; BURGOS WILSON; HAKAN AXELSSON; CORRECTIONAL HEALTHCARE PARTNERS (CHP); and DOES 7-27 and 44-55, Defendants. | |

**TO THE HONORABLE COURT:**

Defendants NAPHCARE OF SAN DIEGO, LLC (erroneously sued as NAPHCARE CORRECTIONAL HEALTH) ("NaphCare") and LAUREN ANDERSON ("Anderson") (collectively "NaphCare Defendants") submit this Notice of Withdrawal of NAPHCARE DEFENDANTS' NOTICE TO OPPOSE PLAINTIFFS' EX PARTE (Document 95), as it was filed under the incorrect civil event.

NaphCare Defendants will re-file the Notice to Oppose Plaintiffs' Ex Parte under the correct civil event.

DATED: November 3, 2025

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ David S. Fleck*
Eugene P. Ramirez
Marguerite L. Jonak
David L. Fleck
Attorneys for Defendants, NAPHCARE OF SAN DIEGO, LLC and LAUREN ANDERSON